United States District Court
Southern District of Texas
**ENTERED**
March 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL MURRAY<br>*Plaintiff,* | §§§§§§ | |
| v. | §§§ | CIVIL ACTION: 4:23-cv-00093 |
| BSI FINANCIAL SERVICES, INC.<br>*Defendant.* | §§§§§§ | |

## ORDER OF DISMISSAL

On this day the Court considered the Joint Stipulation of Dismissal submitted by Plaintiff MICHAEL MURRAY (hereinafter "Plaintiff" or "MURRAY"), and Defendant BSI FINANCIAL SERVICES, INC. (hereinafter "Defendant" or "BSI") and finds that the parties' request has merit and should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED, AND DECREED** that all claims in the above-entitled and numbered cause that were asserted by Plaintiff against Defendant or could have been asserted by Plaintiff against Defendant be dismissed without prejudice, with costs of court being assessed against the party incurring same. All relief not expressly granted in this Order is hereby denied.

DATED this __23__ day of __Mar__, 20__23__.

_____
United Sates District Judge